■ THERESA LOGAN, Plaintiff, v WERBEL, WERBEL & STRAUSS, P. C., Defendant and Third-Party Plaintiff-Respondent. SOLO-

MON M. LOWENBRAUN, Third-Party Defendant-Appellant, et al., Third-Party Defendant. [638 NYS2d 648]

The letter from the non-appealing third-party defendant to third-party plaintiff, advising that he had been retained by plaintiff to prosecute her personal injury action and demanding the file, raises an issues of fact as to whether third-party defendant-appellant was retained by plaintiff, as he claims, solely to prosecute a legal malpractice action against third-party plaintiff, or whether he was retained as third-party plaintiff's successor in the personal injury action (*compare*, *Lott v Benjamin*, 186 AD2d 951, *lv denied* 81 NY2d 704). Notably, third-party defendants were retained well before the running of the Statute of Limitations in the personal injury action (*cf.*, *Hansen v Brognano*, 137 AD2d 880). Concur—Rosenberger, J. P., Ellerin, Rubin, Kupferman and Tom, JJ.